IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    Case No.:  15-cv-555-bbc

ONE 2011 CAMARO,
VIN: 2G1FC3DD2B9176162,

Defendant.

ORDER FOR FINAL DEFAULT JUDGMENT

The United States of America, by its attorney, John W. Vaudreuil, United States
Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United
States Attorney, filed a Verified Complaint of Forfeiture *in rem* against the defendant,
one 2011 Camaro, VIN: 2G1FC3DD2B9176162 (defendant conveyance).

The complaint alleged that the defendant conveyance was used, or intended to
be used, to facilitate the transportation, sale, receipt, possession, or concealment of a
controlled substance, in violation of title II of the Controlled Substances Act, 21 U.S.C.
§§ 801 *et seq.* As such, the conveyance is subject to forfeiture pursuant to 21 U.S.C.
§ 881(a)(4).

Notice of this action was accomplished by direct notice to all persons known by
the government to have an interest in the defendant currency.

On December 31, 2015, a Default Judgment was entered conveying all right, title, and interest of Raymond Morel in the defendant conveyance to the United States of America.

Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from December 11, 2015, through January 9, 2016.

No claim, answer, or responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a final default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.     The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the 2011 Camaro, VIN: 2G1FC3DD2B9176162 is conveyed to the Plaintiff, United States of America.

2.     The defendant conveyance is to be disposed of according to law.

DATED: _February 26, 2016_

BY THE COURT:

_Barbara B. Crabb_

BARBARA B. CRABB
United States District Judge

Entered this _29th_ day of February 2016.

_Peter Oppeneer_

PETER OPPENEER, Clerk of Court
United States District Court